# EXHIBIT B

**IN THE DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA**

| | |
|---|---|
| OSHLO-WILKINSON DAIRY QUEEN, an Iowa Partnership,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>Defendant | Case No. LACV127235<br><br>**NOTICE OF REMOVAL TO CLERK OF THE DISTRICT COURT FOR POTTAWATTAMIE COUNTY, IOWA** |

To: The Clerk of the District Court in and for Pottawattamie County, Iowa:

PLEASE TAKE NOTICE that Defendant American Dairy Queen Corporation on this date filed a Notice of Removal of this action under 28 U.S.C. §§ 1332, 1441, and 1446, thereby removing this matter from the Iowa District Court for Pottawattamie County to the United States District Court for the Southern District of Iowa, Western Division.

In accordance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal is attached to this Notice as **Exhibit 1** and incorporated herein.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Elizabeth J. Carter*

Elizabeth J. Carter, AT0012802
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Tel: (515) 248-9000
Fax: (515) 248-9010
*Elizabeth.Carter@faegredrinker.com*

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on December 11, 2025, using the Court's EDMS system, which will effectuate service on all parties.

*/s/ Elizabeth J. Carter*